IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02854-GPG

MICHAEL A. PEREZ,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
OFFICER SHEPARD,
OFFICER J. LEE,
NURSE MCKIEVER,
LIEUTENANT ANTHONY,
ERIC EARWIN,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.CivR 8.1(a) and (b), the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a presiding judge, and when applicable to a magistrate judge, D.C.COLO.LCivR 40.1(a). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge, and when applicable to a magistrate judge.

DATED January 26, 2016, at Denver, Colorado.

                                                           BY THE COURT:

_____
Gordon P. Gallagher
United States Magistrate Judge